# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAWNEE TABERNACLE CHURCH** : | |
| **and AZ LEARNING DAY CARE** : | |
| Plaintiffs, : | |
| : | **CIVIL ACTION** |
| v. : | **No. 16-5728** |
| : | |
| **GUIDEONE INSURANCE,** : | |
| Defendant. : | |

## ORDER

This 23rd day of April, 2019, upon consideration of Defendant's Motion for Partial Summary Judgment (ECF No. 27) and Plaintiffs' Response (ECF No. 30), it is hereby **ORDERED** that Defendant's Motion is **GRANTED in part** and **DENIED in part**. The Motion is **DENIED** as to the question of whether Plaintiffs are precluded from seeking consequential damages associated with the loss of the property due to foreclosure. The Motion is **GRANTED** to the extent that the damages are limited to diminution of the fair market value of the property, with the understanding that a loss of income potential will be reflected in a proper assessment of such fair market value.

                                                              /s/ Gerald Austin McHugh
                                                           United States District Judge