# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWNEE TABERNACLE CHURCH | : | |
| and AZ LEARNING DAY CARE | : | |
| Plaintiffs, | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 16-5728** |
| | : | |
| GUIDEONE INSURANCE, | : | |
| Defendant. | : | |

## ORDER

This 23rd day of April, 2019, upon consideration of Plaintiffs' Motion for Summary Judgment (ECF No. 25) and Defendant's Response (ECF No. 29), it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED in part** and **DENIED in part**. The Motion is **GRANTED** to the extent that the Court has concluded, as a matter of law, that Defendant acted in bad faith between the dates of June 16, 2015 and December 11, 2015. Specifically, the abandonment of the claim from June 16 through October 5, 2015 and the failure to make a coverage decision between October 5 and December 11, 2015 constituted bad faith. In all other respects, the Motion is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge